Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 16 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIXTO NAVARRO-RIOS,<br><br>Defendant. | 1:24-CR-2052-MKD<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury charges:

COUNT 1

On or about February 9, 2024, in the Eastern District of Washington, the Defendant, CALIXTO NAVARRO-RIOS, knowingly possessed with intent to

INDICTMENT – 1

distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

## COUNT 2

On or about February 9, 2024, in the Eastern District of Washington, the Defendant, CALIXTO NAVARRO-RIOS, knowingly possessed firearms, to wit: (1) a Hi-Point, Model JCP, Caliber/Gauge .40 S&W, bearing serial number X768158; and (2) a Hi-Point, Model C9, Caliber/Gauge 9 millimeter, bearing serial number P1936826, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit:  Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth this Indictment, the Defendant, CALIXTO NAVARRO-RIOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

INDICTMENT – 2

of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Hi-Point, Model JCP, Caliber/Gauge .40 S&W, bearing serial number X768158; and

- a Hi-Point, Model C9, Caliber/Gauge 9 millimeter, bearing serial number P1936826

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as set forth in this Indictment, the Defendant, CALIXTO NAVARRO-RIOS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Hi-Point, Model JCP, Caliber/Gauge .40 S&W, bearing serial number X768158; and

INDICTMENT – 3

- a Hi-Point, Model C9, Caliber/Gauge 9 millimeter, bearing serial number P1936826

DATED this _16_ day of July, 2024.



Vanessa R. Waldref
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 4